Willard L. Lauer, Administrator of Estate of Samuel C. Lauer, Deceased, Appellee, v. Elgin, Joliet and Eastern Railway Company, Appellant.

Gen. No. 41,079. (Abstract of Decision.)

Heard in first division, first district, this court at December term, 1939; opinion filed May 20, 1940. Knapp, Allen & Cushing, for appellant; Joseph L. Earlywine, Harlan L. Hackbert and R. Newton Rooks, of counsel; Krohn & MacDonald and Charles J. Mueller, for appellee; Stuart B. Krohn and Ian P. MacDonald, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''